IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP BIG LEGGINS,<br><br>Defendant. | CR 04-112-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Phillip Big Leggins (Big Leggins) has been accused of violating the conditions of his supervised release. Big Leggins admitted the alleged violation. Big Leggins's supervised release should be revoked. Big Leggins should be placed in custody until October 11, 2023, with 45 months of supervised release to follow. Big Leggins should be transported from the Cascade County Detention Center to the Yellowstone County Detention Center when he completes his term of custody, so he may begin his term of supervised release at the Alpha House residential re-entry center in Billings, Montana. Big Leggins should serve the first 180 days of his supervised release at the Alpha House. The District Court should entertain a motion to terminate Big Leggins's supervised release if he

successfully completes his 180-day term at the Alpha House.

## II. Status

Big Leggins pleaded guilty to Aggravated Sexual Abuse and Use of a Firearm During a Crime of Violence on September 28, 2004. (Doc. 21). The Court sentenced Big Leggins to 144 months of custody, followed by 5 years of supervised release. (Doc. 26). Big Leggins's current term of supervised release began on April 17, 2023. (Doc. 53 at 2).

**Petition**

The United States Probation Office filed a Petition on April 17, 2023, requesting that the Court revoke Big Leggins's supervised release. (Doc. 53). The Petition alleged that Big Leggins had violated the conditions of his supervised release by failing to report to the United States Probation Office within 72 hours of his release from prison.

**Initial appearance**

Big Leggins appeared before the undersigned for his initial appearance on August 22, 2023. Big Leggins was represented by counsel. Big Leggins stated that he had read the petition and that he understood the allegations. Big Leggins waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on August 22, 2023. Big Leggins admitted that he had violated the conditions of his supervised release by failing to report to the United States Probation Office within 72 hours of his release from prison. The violation is serious and warrants revocation of Big Leggins's supervised release.

Big Leggins's violation is a Grade C violation. Big Leggins's criminal history category is II. Big Leggins's underlying offenses are Class A felonies. Big Leggins could be incarcerated for up to 60 months. Big Leggins could be ordered to remain on supervised release for up to 52 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III. Analysis

Big Leggins's supervised release should be revoked. Big Leggins should be placed in custody until October 11, 2023, with 45 months of supervised release to follow. Big Leggins should be transported from the Cascade County Detention Center to the Yellowstone County Detention Center when he completes his term of custody, so he may begin his term of supervised release at the Alpha House residential re-entry center in Billings, Montana. Big Leggins should serve the first

3

180 days of his supervised release at the Alpha House. The District Court should entertain a motion to terminate Big Leggins's supervised release if he successfully completes his 180-day term at the Alpha House. This sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Big Leggins that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Big Leggins of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Big Leggins that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Phillip Big Leggins violated the conditions of his supervised release by failing to report to the United States Probation Office within 72 hours of his release from prison.

The Court **RECOMMENDS:**

> That the District Court revoke Big Leggins's supervised release and commit Big Leggins to the custody of the United States Bureau of Prisons until October 11, 2023, with 45 months of supervised release to follow. Big Leggins should be transported from the Cascade County Detention Center to the Yellowstone County

4

Detention Center when he completes his term of custody, so he may begin his term of supervised release at the Alpha House residential re-entry center in Billings, Montana. Big Leggins should serve the first 180 days of his supervised release at the Alpha House. The District Court should entertain a motion to terminate Big Leggins's supervised release if he successfully completes his 180-day term at the Alpha House.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 24th day of August, 2023.

John Johnston
United States Magistrate Judge