IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP BIG LEGGINS,<br><br>Defendant. | CR 04-112-GF-BMM-JTJ<br><br>**FINDINGS AND<br>RECOMMENDATIONS** |

## I. Synopsis

Defendant Phillip Big Leggins (Big Leggins) has been accused of violating the conditions of his supervised release. Big Leggins admitted all of the alleged violations. Big Leggins's supervised release should be revoked. Big Leggins should be placed in custody for 6 months, with 39 months of supervised release to follow. Big Leggins should serve the first 180 days of supervised release in Alpha House or a similar residential re-entry center, if possible.

## II. Status

Big Leggins pleaded guilty to Aggravated Sexual Abuse and Use of a Firearm During a Crime of Violence on September 28, 2004. (Doc. 21). The Court sentenced Big Leggins to 144 months of custody, followed by 5 years of supervised release. (Doc. 26). Big Leggins's current term of supervised release

began on October 11, 2023. (Doc. 69 at 2).

**Petition**

The United States Probation Office filed an Amended Petition on November 9, 2023, requesting that the Court revoke Big Leggins's supervised release. (Doc. 69). The Amended Petition alleged that Big Leggins had violated the conditions of his supervised release: 1) by using suboxone; 2) by failing to complete his 180-day term at Alpha House; and 3) by failing to complete his sex offender treatment program.

**Initial appearance**

Big Leggins appeared before the undersigned for his initial appearance on November 14, 2023. Big Leggins was represented by counsel. Big Leggins stated that he had read the petition and that he understood the allegations. Big Leggins waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on November 14, 2023. Big Leggins admitted that he had violated the conditions of his supervised release: 1) by using suboxone; 2) by failing to complete his 180-day term at Alpha House; and 3) by failing to complete his sex offender treatment program. The violations

are serious and warrant revocation of Big Leggins's supervised release.

Big Leggins's violations are Grade C violations. Big Leggins's criminal history category is II. Big Leggins's underlying offenses are Class A felonies. Big Leggins could be incarcerated for up to 60 months. Big Leggins could be ordered to remain on supervised release for up to 45 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III. Analysis

Big Leggins's supervised release should be revoked. Big Leggins should be placed in custody for 6 months, with 39 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Big Leggins should serve the first 180 days of supervised release in Alpha House or a similar residential re-entry center, if possible.

### IV. Conclusion

The Court informed Big Leggins that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Big Leggins of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Big Leggins that Judge Morris would consider a timely objection before making a

final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

>That Phillip Big Leggins violated the conditions of his supervised release: by using suboxone; by failing to complete his 180-day term at Alpha House; and by failing to complete his sex offender treatment program.

The Court **RECOMMENDS:**

>That the District Court revoke Big Leggins's supervised release and commit Big Leggins to the custody of the United States Bureau of Prisons for 6 months, with 39 months of supervised release to follow. Big Leggins should serve the first 180 days of supervised release in Alpha House or a similar residential re-entry center, if possible.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court

judge.

DATED this 15th day of November, 2023.

/s/ John Johnston
John Johnston
United States Magistrate Judge